| | |
|---|---|
| 1 | BRAD A. MOKRI, ESQ. - STATE BAR #208213 |
| | LAW OFFICES OF MOKRI & ASSOCIATES |
| 2 | 1851 E. First Street, Suite 900 |
| | Santa Ana, California 92705 |
| 3 | Telephone No.: (714)619-9395 |
| | Facsimile No.: (714)619-9396 |
| 4 | E-mail: mokri@sbcglobal.net |
| 5 | Attorneys for Plaintiff, |
| | ROBERT GONZALES |

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT GONZALES, | ) | CASE NO.: CV 08-1384 VBF (PJWx) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER DISMISSING DEFENDANT** |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., A Corporation, and DOES 1 to 50, inclusive, | ) | **CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.** |
| Defendants. | ) | |

///
///
///
///
///
///
///
///
///

1

**ORDER DISMISSING DEFENDANT CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.**

## ORDER

IT IS HEREBY ORDERED that a dismissal with prejudice shall be and is hereby entered as requested by Plaintiff Robert Gonzales as to Defendant Clean Harbors Environmental Service, Inc.

Dated: **March 6**, 2009        By: *Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

**ORDER DISMISSING DEFENDANT CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.**